| | |
|---|---|
| 1 | DAVID CHIU, State Bar #189542<br>City Attorney |
| 2 | JENNIFER E. CHOI, State Bar #184058<br>Chief Trial Deputy |
| 3 | RENÉE E. ROSENBLIT, State Bar #304983<br>Head of Civil Rights Defense |
| 4 | Fox Plaza<br>1390 Market Street, Sixth Floor |
| 5 | San Francisco, California 94102-5408<br>Telephone:    (415) 554-3853 |
| 6 | Facsimile:    (415) 554-3837<br>E-Mail:       renee.rosenblit@sfcityatty.org |

Attorneys for Specially Appearing Defendants
CITY AND COUNTY OF SAN FRANCISCO; DEPUTY GEE;
SGT. IBARRA; DEPUTY LUO; DEPUTY TANG;
AND DEPUTY TOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEMARIAH RICHMOND,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 25-cv-05545 RMI<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>Trial Date:         Not Set |

The parties stipulate that Defendants' response to the Complaint will be due October 9, 2025. This stipulation does not alter any court deadlines.

Dated: August 25, 2025

          DAVID CHIU
          City Attorney
          JENNIFER E. CHOI
          Chief Trial Deputy
          RENÉE E. ROSENBLIT
          Head of Civil Rights Defense

By: */s/ Renée E. Rosenblit*
      RENÉE E. ROSENBLIT

Attorneys for Specially Appearing Defendants
CITY AND COUNTY OF SAN FRANCISCO;
DEPUTY GEE; SGT. IBARRA; DEPUTY LUO;
DEPUTY TANG; AND DEPUTY TOY

Dated: August 25, 2025      \*\* */s/ Chan Kim*
          WALTER RILEY
          CHAN KIM

Attorneys for Plaintiff
KIEMARIAH RICHMOND

*\*\*Pursuant to Civil L.R. 5-1(h), the filer attests that this signatory has concurred in the filing of this stipulation*