UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIEMARIAH RICHMOND,

Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

Defendants.

Case No. 25-cv-05545-BLF (SVK)

**ORDER RE DISCOVERY DISPUTE RE: DKT. NO. 41**

Before the Court is Plaintiff's request to compel production of documents from the Defendants. Dkt. 41. At the core of the dispute is whether the protective order should have an "attorneys-eyes-only" designation and, if so, guidelines for applying the designation. The Parties also dispute a handful of specific Requests for Production ("RFPs"). *Id*. The Court reviewed the relevant litigation history and the Joint Statement and, in light of disputes arising out of the meet and confer efforts, determined that the Parties would benefit from an in-person hearing which the Court held on September 22, 2026. The Court issued its reasoning and rulings from the bench and summarizes the rulings below for the convenience of the Court and the Parties.

**Protective Order**

- The Protective Order will provide for "attorneys-eyes-only" designations for certain specified categories of documents upon which the Parties agreed following a recess to meet and confer.
- **The Parties will submit the Protective Order to the Court for signature no later than September 23, 2026**.

////

////

United States District Court
Northern District of California

**Production of Documents**

- Unless otherwise specified in a specific RFP, the relevant time frame for production of documents is from October 12, 2022 (Plaintiff's first date of incarceration and approximately six months prior to the date of the first incident in April of 2023) through the present.
- Defendants recently produced responsive documents and are continuing to identify, collect and produce additional documents. **All responsive documents to RFPs 3-16 are to be produced no later than October 1, 2026**.
- If, following a diligent search, Defendants determine that there are no responsive documents to a specific RFP, **Defendants will so state in a verified response to be served no later than October 1, 2026**.

**Sanctions**

- Plaintiff's request for sanctions is **DENIED**. However, both sides are admonished that the Court will not hesitate to exercise its authority under Federal Rule of Civil Procedure 37 to correct or abate discovery abuses. The Parties are commended to Federal Rule of Civil Procedure 1 and are expected to engage accordingly:

  > [These Rules] should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding.

**SO ORDERED.**

Dated: September 22, 2026

SUSAN VAN KEULEN
United States Magistrate Judge