WALTER RILEY, SBN 95919
Attorney at Law
1407 Webster Street, Suite 206
Oakland, California 94612
Telephone: (510) 451-1422
Fax: (510) 451-0406
watlerriley@rrrandw.com

ANDREW CHAN KIM, SBN 315331
KIM LAW OFFICE
P.O. Box 432
Belmont, California 94002
Telephone: (650) 339-2005
Email: chan.a.kim@gmail.com

Attorneys for Plaintiff
KIEMARIAH RICHMOND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEMARIAH RICHMOND,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, [FIRST NAME UNKNOWN] GEE, [FIRST NAME UNKNOWN] IBARRA, [FIRST NAME UNKNOWN] LUO, [FIRST NAME UNKNOWN] TANG, [FIRST NAME UNKNOWN] TOY and DOES 1-25,<br><br>Defendants. | Case No. 5:25-cv-05545-BLF<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF KIEMARIAH RICHMOND (CC7229)** |

Mr. Kiemariah Richmond, CDCR No. CC7229, is the plaintiff and necessary party in the proceeding in this case. He is currently in the custody of the California Department of Corrections and Rehabilitation and imprisoned at the Substance Abuse Treatment Facility and State Prison, Corcoran at 900 Quebec Avenue, Corcoran, CA 93212.

In order to secure Mr. Richmond's attendance for an in-person settlement conference before Judge Lisa J. Cisneros in Courtroom G – 15th Floor at 450 Golden Gate Avenue, San Francisco, CA

94102, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce Mr. Richmond to Courtroom G at 450 Golden Gate Avenue, San Francisco, CA 94102 on November 16, 2026 at 10 a.m.

ACCORDINGLY, IT IS ORDERED THAT:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the California Department of Corrections and Rehabilitation to produce Mr. Richmond, CDCR No. CC7229, to be present before the United States District Court at the time and place above, and from 10 a.m. until completion of the settlement conference or as ordered by the court; and thereafter to return Mr. Richmond to the above institution;
2. The custodian is ordered to notify the court of any change in custody of Mr. Richmond and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO: the California Department of Corrections and Rehabilitation

WE COMMAND you to produce the person named above to appear before the United States District Court at the time and place above, and from 10 a.m. until the completion of the settlement conference, or as ordered by the court; and thereafter to return the person to the above institution.

FURTHER, you have been ordered to notify the court of any change in custody of the person and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: October 20, 2026

Lisa J. Cisneros
United States Magistrate Judge